

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00084-CR

Gabriel **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7552
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due on July 1, 2019 and has not been filed. This court notified appellant's counsel of the deficiency on July 16, 2019. *See* TEX. R. APP. P. 38.8(b)(2). Counsel has not responded to our notice.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this appeal and remand the cause to the trial court. *See id.* We **ORDER** the trial court to conduct a hearing, **within twenty days of the date of this order**, to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We further **ORDER** the trial court to make written findings and conclusions on the above issues. We **ORDER** the clerk and court reporter to file in this court, **on or before August 30, 2019:** (1) a supplemental clerk's record containing the trial court's written findings of fact, conclusions of law, and recommendations addressing the above issues; and (2) a reporter's record of the hearing. *See id*. R. 38.8(b)(3).

_____
Beth Watkins, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court